

1  B. CLYDE HUTCHINSON, State Bar No. 037526
   bch@llcllp.com
2  KARA A. ABELSON, State Bar No. 279320
   kabelson@llcllp.com
3  LOMBARDI, LOPER & CONANT, LLP
   Lake Merritt Plaza
4  1999 Harrison Street, Suite 2600
   Oakland, CA  94612-3541
5  Telephone:    (510) 433-2600
   Facsimile:    (510) 433-2699
6
   Attorneys for Defendant
7  NATIONAL RAILROAD PASSENGER
   CORPORATION dba AMTRAK
8

9                UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12

13  EMMA SMITH and ALTON SMITH,          Case No.  C 12 5255 EDL

14              Plaintiffs,              **STIPULATION AND ORDER OF
                                         DISMISSAL**
15  v.

16  NATIONAL RAILROAD PASSENGER
    CORPORATION a/k/a AMTRAK,
17
                Defendants.
18

19        IT IS HEREBY STIPULATED by and between plaintiffs EMMA SMITH and ALTON

20  SMITH and defendant NATIONAL RAILROAD PASSENGER COMPANY dba AMTRAK,

21  through their designated counsel, that the pray for relief for punitive damages in the Complaint

22  be and hereby is dismissed without prejudice pursuant to Federal Rules of Civil Procedure, rule

23  41(a)(1).
24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

13249-42316 KAA 622114.1                          Case No. C 12 5255 EDL

            STIPULATION AND ORDER OF DISMISSAL

*Vertical left margin:* LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541

1   Dated: April 17, 2013                LOMBARDI, LOPER & CONANT, LLP

2

3                                        By:_____/s/ B. Clyde Hutchinson_____
                                              B. CLYDE HUTCHINSON
4                                             Attorneys for Defendant
                                              NATIONAL RAILROAD PASSENGER
5                                             CORPORATION dba AMTRAK

6

7   Dated: April 17, 2013                DRIVON, TURNER & WATERS

8

9                                        BY:_____/s/ Michael J. Brook_____
                                              MICHAEL J. BROOK
10                                            Attorneys For Plaintiff
                                              EMMA SMITH and ALTON SMITH
11

12
    IT IS SO ORDERED.
13

14

15  Dated: _____April 23_____, 2013

16

17                                       _____
                                         UNITED STATES MAGISTRATE JUDGE
18

19

20

21

22

23

24

25

26

27

28

13249-42316 KAA 622114.1              - 2 -                Case No. C 12 5255 EDL

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541