1  B. CLYDE HUTCHINSON, State Bar No. 037526
   bch@llcllp.com
2  KARA A. ABELSON, State Bar No. 279320
   kabelson@llcllp.com
3  LOMBARDI, LOPER & CONANT, LLP
   Lake Merritt Plaza
4  1999 Harrison Street, Suite 2600
   Oakland, CA  94612-3541
5  Telephone:    (510) 433-2600
   Facsimile:    (510) 433-2699
6
   Attorneys for Defendant
7  NATIONAL RAILROAD PASSENGER
   CORPORATION dba AMTRAK
8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11              SAN FRANCISCO DIVISION

12

| | |
|---|---|
| EMMA SMITH and ALTON SMITH,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION a/k/a AMTRAK,<br><br>Defendants. | Case No.  C 12 5255 EDL<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

   IT IS HEREBY STIPULATED by and between plaintiffs EMMA SMITH and ALTON SMITH and defendant NATIONAL RAILROAD PASSENGER COMPANY dba AMTRAK, through their designated counsel, that the pray for relief for punitive damages in the Complaint be and hereby is dismissed without prejudice pursuant to Federal Rules of Civil Procedure, rule 41(a)(1).

/ / /
/ / /
/ / /
/ / /
/ / /

13249-42316 KAA 622114.1                                    Case No. C 12 5255 EDL

STIPULATION AND ORDER OF DISMISSAL

| | | |
|---|---|---|
| 1 | Dated: April 17, 2013 | LOMBARDI, LOPER & CONANT, LLP |
| 2 | | |
| 3 | | By:  /s/ *B. Clyde Hutchinson* |
| 4 | | B. CLYDE HUTCHINSON<br>Attorneys for Defendant |
| 5 | | NATIONAL RAILROAD PASSENGER<br>CORPORATION dba AMTRAK |
| 6 | | |
| 7 | Dated: April 17, 2013 | DRIVON, TURNER & WATERS |
| 8 | | |
| 9 | | BY:  /s/ *Michael J. Brook* |
| 10 | | MICHAEL J. BROOK<br>Attorneys For Plaintiff |
| 11 | | EMMA SMITH and ALTON SMITH |

IT IS SO ORDERED.

Dated:  April 23 , 2013

_____
UNITED STATES MAGISTRATE JUDGE

**LOMBARDI, LOPER & CONANT, LLP**
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541

13249-42316 KAA 622114.1                - 2 -                Case No. C 12 5255 EDL

STIPULATION AND ORDER OF DISMISSAL